# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**

**15-cr-169**

**VERSUS**

**Section E**

**RAVEN HUGHES**

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Federal Rule of Appellate Procedure 22(b), hereby orders that,

_____ a certificate of appealability shall be issued having found that petitioner made a substantial showing of the denial of a constitutional right related to the following issue(s):
_____
_____
_____
_____

\_\_\_\_✓\_\_\_\_ a certificate of appealability shall not be issued for the following reason(s):
Petitioner has failed to make a substantial showing of the denial of a constitutional right for the reasons set forth in the Court's Order and Reasons dated February 17, 2017 (R. Doc. 71).

**New Orleans, Louisiana, this 30th day of May, 2017.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**